955 A.2d 1010

COMMONWEALTH of Pennsylvania, Respondent

v.

Robert J. FOUCHE, Petitioner.

No. 66 EM 2008.

Supreme Court of Pennsylvania.

Aug. 27, 2008.

*ORDER*

PER CURIAM.

**AND NOW,** this 27th day of August, 2008, the Application for Relief Pursuant to Pa.R.A.P. 123, treated as a Petition for Leave to File Petition for Allowance of Appeal Nunc Pro Tunc, is **GRANTED.**

955 A.2d 1011

Kareem ANDREWS, Petitioner

v.

COMMONWEALTH of Pennsylvania, Respondent.

No. 69 EM 2008.

Supreme Court of Pennsylvania.

Aug. 27, 2008.

*ORDER*

PER CURIAM.

**AND NOW,** this 27th day of August, 2008, the Application for Leave to File Original Process is **GRANTED** and the Petition for Writ of Habeas Corpus is **DENIED.**

Justice GREENSPAN did not participate in the consideration or decision of this matter.